# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 7, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Feb 14, 2025
KELLY L. STEPHENS, Clerk

Re: Marc M. Susselman
v. Washtenaw County Sheriff's Office, et al.
No. 24-846
(Your No. 23-1486)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 3, 2025 and placed on the docket February 7, 2025 as No. 24-846.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst